In the Matter of the Claim of PHILIP SALEMBENE,
Respondent, against PREMIER FIREPROOFING CORPORA-
TION et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

(Argued January 6, 1931; decided February 10, 1931.)

*T. Carlyle Jones* and *Bernard J. Vincent* for appellants.
*Hamilton Ward, Attorney-General (E. C. Aiken* of coun-
sel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN,
O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.